BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>Plaintiffs,<br><br>v.<br><br>LEWIS & McDERMOTT, a California Corporation,<br><br>Defendant. | No.   C 06-06393 (THE)<br><br>**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER** |

Plaintiffs respectfully submit this Case Management Conference Statement and request that the Court continue the Case Management Conference set for January 22, 2007 at 1:30 p.m. and dates related thereto as set forth herein.

### I.   STATUS OF CASE AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

While Defendant has not responded to the Complaint which was served on December 4, 2006, and for which Proof of Service was filed before this Court with the Summons on December 8, 2006, Defendant has contacted Plaintiffs' counsel and the parties have tentatively settled this case. Therefore, Plaintiffs respectfully request that the Court continue the initial Case Management Conference and dates related thereto for ninety (90) days. Plaintiffs need this additional time to finalize the tentative settlement and execute all necessary documents. Therefore,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

Plaintiffs respectfully request that: (1) the Initial Case Management Conference date of January 22, 2007 and related deadlines be vacated; (2) the Initial Case Management Conference date be extended for ninety (90) days; and (3) related deadlines for ADR and case management activities are extended accordingly, as provided in the Court's Order Setting Initial Case Management Conference and ADR Deadlines.

Dated: January 9, 2007

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

        By: /s/ Linda Baldwin Jones
            LINDA BALDWIN JONES
            Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Based upon the foregoing, the Court orders that:

1. The Case Management Conference date of January 22, 2007 and related deadlines to case management activities and ADR be vacated; and

2. The Case Management Conference be continued ~~for at least 90 days~~ to __April 30____, 2007 at 1:30 PM.

Dated: 01/11/07

THE HONORABLE THELTON E. HENDERSON,
UNITED STATES DISTRICT JUDGE

112608/444595