BARRY E. HINKLE, Bar No. 071223
LINDA BALDWIN JONES, Bar No. 178922
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY MUCKLOW; PHIL SALGADO, in their capacities as Trustees of the NORTHERN CALIFORNIA UFCW WHOLESALE HEALTH & WELFARE FUND,<br><br>    Plaintiffs,<br><br>    v.<br><br>LEWIS & McDERMOTT, a California Corporation,<br><br>    Defendant. | No.   C 06-06393 (THE)<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss with prejudice the above-captioned action. Said voluntary dismissal without an order of the Court is appropriate, since Defendant has not filed an answer or summary judgment in this matter. This dismissal is filed pursuant to the parties' settlement.

Dated:  March 14, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:  /s/ Linda Baldwin Jones
     LINDA BALDWIN JONES
     Attorneys for Plaintiffs

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
03/15/07

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Case No. C 06-06393 (THE))